1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO

11   Z-57, Inc.,                              Case No. 3:08-CV-4226 MHP

12            Plaintiff,                      ~~[PROPOSED]~~ **ORDER ON JOINT**
                                              **MOTION TO DISMISS ACTION**
13   v.

14   iHouseweb, Inc.,

15            Defendant.                      Hon.    Marilyn Hall Patel
                                              Crtrm.:  15
16

17

18        The Court has reviewed the parties' Joint Motion to Dismiss Action, With Prejudice.  Good

19   cause appearing, IT IS HEREBY ORDERED:

20        This action is dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil

21   Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

22        IT IS SO ORDERED.

23   Dated:   11/14/2008   _____

24                                           Hon. Marilyn Hall Patel
                                             United States D
25

26   101129467.2

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel